

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00344-CV

**IN RE** Dalila **AGIZA**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Relator filed her petition for writ of mandamus on May 30, 2025. Relator subsequently filed a motion for emergency stay on June 2, 2025. After considering the petition, motion, record, and law, the court has determined that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 18, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CV01730, styled *T Slash Bar Texas vs. Dalila AGiza*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.